IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-129-RJC-DCK

| | |
|---|---|
| MEINEKE CAR CARE CENTERS LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ASAR INCORPORATED, LLC et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 25) filed by Brian A. Romanzo, concerning Stephen J. Vaughan on February 3, 2016. Mr. Stephen J. Vaughan seeks to appear as counsel *pro hac vice* for Plaintiff Meineke Car Care Centers, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 25) is **GRANTED.** Mr. Stephen J. Vaughan is hereby admitted *pro hac vice* to represent Plaintiff Meineke Car Care Centers, LLC.

**SO ORDERED**.

Signed: February 4, 2016

David C. Keesler
United States Magistrate Judge